# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN WASSER and | \| |
| SUSAN QUEALY-WASSER, | \| |
| Plaintiffs | \| |
| | \| |
| v. | \|   Civil Action No. |
| | \| |
| BANK OF AMERICA, N.A., | \| |
| Defendant. | \| |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, defendant Bank of America, N.A. ("Bank of America") hereby gives notice of removal from the Barnstable Superior Court of the civil action entitled *Brian Wasser and Susan Queally-Wasser v. Bank of America, N.A.*, No. 08-0599A (the "State Court Action") to this Court. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served on Bank of America in the State Court Action (being only a summons and complaint) are attached hereto as Exhibit A.

In support hereof, Bank of America states as follows:

Removal of a civil action from state court to the district courts of the United States is proper if it involves a so-called "federal question," that is, one that arises under the Constitution, laws or treaties of the United States. The basis for removal of a state court case involving a "federal question" is found in 28 U.S.C. §§ 1331 and 1441. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." Further, 28 U.S.C. § 1441(b) provides in relevant part that "[a]ny civil action of which the

district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties."

This Court's subject matter jurisdiction is based on 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."  28 U.S.C. § 1441(c) provides that "[w]henever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matter in which State law predominates."

The complaint filed by the plaintiffs in the State Court Action clearly arises under the laws of the United States.  Counts I and II of the thirteen count complaint allege violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq., and Count IX of the complaint alleges violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.  Pursuant to 28 U.S.C. § 1441(c), removal from the Barnstable Superior Court to this Court is not precluded by the myriad other claims in the complaint that are based on state law.

Accordingly, Bank of America is entitled to remove the State Court Action to this Court because the district courts of the United States have original jurisdiction over the subject matter of the State Court Action.  Insofar as Bank of America was served with the complaint on November 3, 2008, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), which provides that "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is

based…."   Further, venue is proper in this district under 28 U.S. C. § 1441(a) because the Barnstable Superior Court is located in this district.

Pursuant to 28 U.S.C. § 1446(d), Bank of America will cause a copy of this Notice to be filed with the Clerk of the Barnstable Superior Court promptly after the filing hereof, and shall give written notice hereof to all adverse parties.

Respectfully submitted,

**BANK OF AMERICA, N.A.**

By its attorney,

/s/ Bruce D. Berns
Bruce D. Berns (BBO# 551010)
Abendroth, Berns & Warner LLC
40 Grove Street, Suite 375
Wellesley, MA 02482
(781) 237-9188 (telephone)
(781) 237-8891 (facsimile)
bruce@abwllc.com

Dated: December 2, 2008

*Certificate of Service*

I certify that on December 2, 2008, I caused a true and accurate copy of the foregoing to be served on Brian J. Wasser, Esq., P.O. Box 1978, Hyannis, MA 02601, by first class mail, postage prepaid.

_____